# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Deadria Farmer-Paellmann, et al.,

v.

Smithsonian Institution

**Case No:** 23-5196

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Smithsonian Institution

### Counsel Information

**Lead Counsel:** Douglas C. Dreier, Assistant U.S. Attorney

**Direct Phone:** (202) 252-2551  **Fax:** (202) 252-2599  **Email:** douglas.dreier@usdoj.gov

**2nd Counsel:** Jane M. Lyons, Assistant U.S. Attorney

**Direct Phone:** (202) 252-2540  **Fax:** (202) 252-2599  **Email:** jane.lyons@usdoj.gov

**3rd Counsel:**

**Direct Phone:** ( ) ___  **Fax:** ( ) -  **Email:**

**Firm Name:** United States Attorney's Office

**Firm Address:** 601 D St. NW, Washington, DC 20530

**Firm Phone:** (202) 252-2500  **Fax:** (202) 252-2599  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September, 2023, I have caused the foregoing Appellee's Certificate of Counsel as to Parties, Rulings, and Related Cases and Entry of Appearance to be served on Appellants' counsel by filing them on the Court's CM/ECF system. Counsel are registered users.

          */s/ Douglas C. Dreier*
          DOUGLAS C. DREIER
          Assistant United States Attorney