# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-5196** | **September Term, 2023** |
| | **1:22-cv-03048-CRC** |
| | **Filed On:** February 29, 2024 |

Deadria Farmer-Paellmann and Restitution Study Group, Inc.,

    Appellants

    v.

Smithsonian Institution,

    Appellee

**BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing, it is

**ORDERED** that the petition be denied.

### Per Curiam

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk