# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5196**                          **September Term, 2023**

**1:22-cv-03048-CRC**

**Filed On: March 8, 2024** [2044210]

Deadria Farmer-Paellmann and Restitution Study Group, Inc.,

       Appellants

    v.

Smithsonian Institution,

       Appellee

## **M A N D A T E**

In accordance with the order of December 28, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                BY:     /s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the order filed December 28, 2023